Pb-67 Doe v Baumann (2024 NY Slip Op 01431)

Pb-67 Doe v Baumann

2024 NY Slip Op 01431

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, OGDEN, GREENWOOD, AND KEANE, JJ.

191 CA 23-00320

[*1]PB-67 DOE, PLAINTIFF-RESPONDENT,
v
LINDA BAUMANN, AS EXECUTOR OF THE ESTATE OF WENDY E. DIMET, DECEASED, ET AL., DEFENDANTS, AND NIAGARA FALLS CITY SCHOOL DISTRICT, DEFENDANT-APPELLANT. 

SHAUB AHMUTY CITRIN & SPRATT LLP, LAKE SUCCESS (NICHOLAS TAM OF COUNSEL), FOR DEFENDANT-APPELLANT.
PHILLIPS & PAOLICELLI, LLP, NEW YORK CITY (YITZCHAK M. FOGEL OF COUNSEL), FOR PLAINTIFF-RESPONDENT.
PHILLIPS LYTLE LLP, BUFFALO (RYAN A. LEMA OF COUNSEL), FOR DEFENDANTS.

 Appeal from an order of the Supreme Court, Niagara County (Mark J. Grisanti, A.J.), entered January 20, 2023. The order, insofar as appealed from, denied in part the motion of defendant Niagara Falls City School District to dismiss the complaint against it. 
Now, upon reading and filing the stipulation to withdraw the appeal signed by the attorneys for the parties on January 16, 2024, and the accompanying letter signed by the attorney for defendant-appellant on February 2, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court